UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHAWN MATHIS GILLIAM,

    Plaintiff,

v.                                           Case No. 1:22-cv-259-AW/MJF

JODI CASON and
DENISE R. FERRERO,

    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Because Plaintiff failed to comply with court orders, failed to prosecute this action, and failed to pay the filing fee, the District Court should dismiss this action without prejudice.

On October 14, 2022, the undersigned ordered Plaintiff to file a notice of voluntary dismissal or an amended complaint, and if he filed an amended complaint, to pay the $402.00 filing fee or file a fully-completed motion for leave to proceed *in forma pauperis*. Doc. 3. The undersigned imposed a deadline of November 14, 2022 to comply and warned Plaintiff that the failure to comply with the order likely would result in dismissal of this action. Plaintiff did not comply with that order.

On November 28, 2022, the undersigned ordered Plaintiff to explain and show cause why he failed to comply with the undersigned's order of October 14, 2022.

Doc. 4. The undersigned imposed a deadline of December 19, 2022 to comply and again warned Plaintiff that the failure to comply with the order likely would result in dismissal of this action. As of the date of this report and recommendation, Plaintiff has not complied with that order.

"Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1. A court also may dismiss an action for failure to pay the filing fee. *Wilson v. Sargent*, 313 F.3d 1315, 1320, 1321 (11th Cir. 2002); *Thomas v. Butts*, 745 F.3d 309, 312-13 (7th Cir. 2014). Because Plaintiff failed to comply with court orders, failed to prosecute this action, and failed to pay the filing fee—despite having *more than two months* to do so—the undersigned respectfully **RECOMMENDS** that the District Court:

1. **DISMISS** this action without prejudice for failure to comply with court orders, failure to prosecute, and failure to pay the filing fee.

2. **DIRECT** the clerk of the court to close the case file.

At Pensacola, Florida, this 30th day of December, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

## NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding**

**dispositive matters.** *See* **N.D. Fla. Loc. R. 72.2;** *see also* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**