# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**SHAWN MATHIS GILLIAM,**

    **Plaintiff,**

v.                                                Case No. 1:22-cv-259-AW-MJF

**JODI CASON and**
**DENISE R. FERRERO,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's December 30, 2022, Report and Recommendation. ECF No. 5. There has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation, ECF No. 5, is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute, failure to comply with court orders, and failure to pay the filing fee."

3. The clerk will then close the file.

SO ORDERED on February 6, 2023.

                                                                   s/ *Allen Winsor*
                                                                   United States District Judge